**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD JAMES HARRIS )<br>  )<br>           Petitioner,  )<br>  )<br>       v.                )<br>  )<br>EDWARD J. SILVA, Acting  )<br>Warden,                   )<br>  )<br>           Respondent.  ) | No. EDCV 24-1306-WDK (JPR)<br><br>**ORDER ACCEPTING MAGISTRATE**<br>**JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, Respondent's motion to dismiss, Petitioner's opposition, the other records on file herein, the Magistrate Judge's Report and Recommendation ("R&R"), and Petitioner's Objections to the R&R ("Objections"). The Court has reviewed *de novo* those identifiable portions of the R&R to which Petitioner has timely and properly objected. *See* 28 U.S.C. § 636(b)(1)©; Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

In doing so, the Court has declined to consider any arguments raised for the first time only in the objections. *See United States v. Howell*, 231 F.3d 615, 621-23 (9th Cir. 2000).

It has also declined to consider objections that simply repeat arguments fully addressed but rejected in the R&R. *See Trejo Perez v. Madden*, 2020 WL 1154807, at *1 (E.D. Cal. Mar. 10, 2020) (objections that "merely repeat[] the same arguments . . . considered and found to be insufficient" require no review since they "do not meaningfully dispute the magistrate judge's findings and recommendations"); *Hagberg v. Astrue*, 2009 WL 3386595, at *1 (D. Mont. Oct. 14, 2009) ("Objections to a magistrate's Findings and Recommendations are not a vehicle for the losing party to relitigate its case."). Finally, the Court has declined to consider any blanket or boilerplate objection to the final disposition recommended in the R&R. *See McCullock v. Tharratt*, 2017 WL 6398611, at *1 (S.D. Cal. Dec. 15, 2017).

Concluding that nothing in Petitioner's Objections affects the material findings and conclusions in the R&R, the Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. Respondent's motion to dismiss is granted.
2. The First Amended Petition is dismissed without prejudice.
3. Judgment be entered consistent with this order.
4. The clerk serve this Order on all counsel or parties of record.

IT IS SO ORDERED.

DATED: July 31, 2025

WILLIAM D. KELLER
U.S. DISTRICT JUDGE

2