JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD JAMES HARRIS, ) | Case No. EDCV 24-1306-WDK (JPR) |
| Petitioner, ) | |
| ) | **J U D G M E N T** |
| v. ) | |
| EDWARD J. SILVA, Acting Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice and Judgment be entered in Respondent's favor.

IT IS SO ORDERED.

DATED: July 31, 2025

_____
WILLIAM D. KELLER
U.S. DISTRICT JUDGE